**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Paul G. MOYER, Respondent.**

**No. 1041 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 15, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of July, 2005, there having been filed with this Court by Paul G. Moyer his verified Statement of Resignation dated May 17, 2005, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Paul G. Moyer be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Stephen W. SIMPSON, Respondent.**

**No. 1038 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 22, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of July, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 12, 2005, it is hereby

ORDERED that STEPHEN W. SIMPSON be and he is SUSPENDED from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Rule 217 Pa. R.D.E.

It is further ORDERED that the expenses incurred in the investigation and prosecution of this matter are to be paid by the Respondent.